Andrew Rodriguez

v

BOP

AFFIDAVIT OF INDIGENCY
AND MOTION FOR IN FORMA PAUPERIS

FILED
JAN 1 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COMES NOW, Plaintiff, Andrew Rodriguez, hereby respectfully moves this Honorable Court to allow him to proceed in this action in forma pauperis due to his indigency. To show Plaintiff's indigency, a copy of Plaintiff's six-months deposits in his prison account has been attached herewith for this Court's verification.

06 0034

Plaintiff further states that he has no real estate or any forth coming inheritances from where he could claim wealth.

Plaintiff has no car, no cash, nor the wherewithal to litigate this case were he to be required to prepay the cost of the litigation.

Wherefore, Plaintiff respectfully prays that he be allowed to commence this action without being required to pay the cost of the litigation.

Respectfully Submitted:

*Andrew Rodriguez*

Andrew Rodriguez, Pro Se
Plaintiff

Dated: 7th day of December, 2005.

-5-

RECEIVED
DEC 1 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2