UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW RODRIGUEZ )<br>)<br>   Plaintiff, )<br>)<br> v. )<br>)<br>BUREAU OF PRISONS, )<br>)<br>   Defendant. )<br>_____) | Civil Action No. 06-0034(HHK)<br>(ECF) |

## PRAECIPE

Defendant requests that the Clerk of the Court please **enter the appearance** of Assistant United States Attorney Benton G. Peterson as counsel for defendant in the above-captioned case.

       Respectfully submitted,

       _____s_____
       Benton G. Peterson, Wis. Bar No. 1029849
       Assistant United States Attorney
       Judiciary Center Building
       555 4th Street, N.W. – Civil Division
       Washington, D.C.  20530
       (202) 514-7238
       Benton.Peterson@usdoj.gov