UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW RODRIGUEZ, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|   v. | ) Civil Action No. 06-0034 (HKK) |
| | ) |
| BUREAU OF PRISONS, | ) |
| | ) |
|       Defendant. | ) |
| | ) |

**STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE**

Pursuant to LCVR 7 (h), the defendant submits the statement of material facts as to which there is no genuine dispute.

1. The Plaintiff was first admitted in the custody of the Bureau of Prisons (BOP) on November 1, 1995, as a presentence inmate. The Plaintiff's Presentence Investigative Report (PSR) reflects that he participated in a conspiracy to distribute controlled substances, specifically "crack/cocaine and heroin [that was] equal to more than 30 kilograms of heroin." The PSR describes the Plaintiff's role in the conspiracy as that "of a manager and supervisor."

2. On July 20, 1998, the United States District Court for the Southern District of New York sentenced Plaintiff, Andrew Rodriguez, Register Number 38020-054, to a term of two hundred and forty (240) months for conspiracy to distribute cocaine base.

3. BOP policy explains the applicability of the custody classification of "Greatest Severity" as follows:

> Any **drug offender** whose current offense includes the following
> criteria shall be scored in the Greatest severity category:

> The offender was part of an organizational network and he or she organized or maintained ownership interest/profits from **large-scale** drug activity,
>
> ***AND***
>
> the drug amount equals or exceeds the amount below:
>
> . . .
>
> **Heroin or Opiates** - greater than or equal to 2,000 gm, 2 K, or 4.4 lb.

See Attachment A: Program Statement 5100.07, Appendix C, page 1, Offense Severity Scale.

    4.    BOP policy defines PSF as:

> demonstrated behaviors which require increased security measures to ensure the protection of society. There are nine Public Safety Factors (PSFs) which are applied to inmates who are not appropriate for placement at an institution which would permit inmate access to the community (i.e., MINIMUM security). The application of a PSF overrides security point scores to ensure the appropriate security level is assigned to an inmate, based on his or her demonstrated current or prior behavior.

See Attachment A: Program Statement 5100.07, Security Designation and Custody Classification Manual, Chapter 2, page 5.

The PSF of "Greatest Severity" is applied to inmates with a custody classification of "Greatest Severity" to ensure that the appropriate security measures are maintained throughout the inmate's incarceration.

    5.    The Plaintiff was assessed a "Greatest Severity" custody classification with a Public Safety Factor (PSF) of "Greatest Severity." The Plaintiff filed Administrative Remedy Request #381954-F2 on July 14, 2005, to appeal his PSF of "Greatest Severity" and request the correction of his allegedly erroneous record. The Warden denied this request. On August 1,

2005, the Plaintiff filed a Regional Administrative Remedy Appeal. The Regional Director denied this appeal. On September 13, 2005, the Plaintiff filed a Central Office Administrative Remedy Appeal and it was denied also. See Attachment C: Plaintiff's administrative request, appeals, and their respective responses.

      6.      On January 11, 2006, the Plaintiff filed the instant lawsuit.

      7.      The Plaintiff's custody classification is documented and maintained in the Inmate Central File (ICF). See Attachment B: Program Statement 5800.11, Inmate Central File, Privacy Folder and Parole Mini-Files, page 7, 9b(7) (listing the records maintained in section two of the ICF which include the custody classification form).

      8.      The Plaintiff's custody classification, which he challenges in this action, is maintained in the ICF, which is exempted from both the accuracy and the amendment provisions of the Privacy Act. See Attachment B: Program Statement 5800.11, Inmate Central File, Privacy Folder and Parole Mini-Files, page 7, 9b(7) (listing the records maintained in section two of the ICF which include the custody classification form).

      Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

RUDOLPH C. CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
 **Benton.Peterson@usdoj.gov**