UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW RODRIGUEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0034 (HKK) |
| | ) |
| BUREAU OF PRISONS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF FILING OF ATTACHMENTS

PLEASE TAKE NOTICE THAT defendant, through counsel, filed with the Clerk of the United States District Court for the District of Columbia attachments to its Motion to Dismiss or in the alternative for Summary Judgment on March 20, 2006.  Defendant now files the attachments referenced in the defendant's motion.  The three attachments consist of Attachment A:  Program Statement 5100.07, Security Designation and Custody Classification Manual; Attachment B:  Program Statement 5800.11, Inmate Central File, Privacy Folder and Parole Mini-Files and  Attachment C: Plaintiff's administrative request, appeals, and their respective responses.

DATED: March 21, 2006

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
 **Benton.Peterson@usdoj.gov**