UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW RODRIGUEZ,

        Plaintiff,

  v.

BUREAU OF PRISONS,

        Defendant.

Civil Action No. 06-0034 (HHK)

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss [Dkt. #9] is GRANTED and its motion for summary judgment [Dkt. #9] is DENIED as moot. It is further

ORDERED that plaintiff's motion to strike defendant's reply [Dkt. #14] is DENIED. It is further

ORDERED that this civil action is DISMISSED WITH PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

                                      HENRY H. KENNEDY, JR.
                                      United States District Judge

Date: March 8, 2007